SUPERIOR COURT
OF THE
STATE OF DELAWARE

Mary M. Johnston
Judge

New Castle County Courthouse
500 North King Street, Suite 10400
Wilmington, DE 19801-3733
Telephone (302) 255-0668

April 7, 2015

Blake Bennett, Esquire
Cooch and Taylor
The Brandywine Building
1000 West Street, 10ᵗʰ Floor
P.O. Box 1680
Wilmington, DE 19899-1680

Michael Kelly, Esquire
McCarter & English
Renaissance Centre
405 N. Kings Street, 8ᵗʰ Floor
Wilmington, DE 19801

Re: *PICA v. Hewlett Packard*
C. A. No. N12C-06-196 MMJ CCLD

Dear Counsel:

The Court has reviewed counsel's letters dated April 1, 2 and 6, 2015.

As the Court stated in its March 23, 2015 Opinion:

Should HP dispute the reasonableness of the dollar amount
represented by 75% of PICA's attorneys' fees, HP shall provide a
full accounting of HP's own fees and costs in defending the
entirety of this litigation. The Court then will make a
determination as to reasonableness.[1]

---

[1] *Professional Investigating & Consulting Agency, Inc. v. Hewlett-Packard Co.*, 2015 WL
1417329, at *8 (Del. Super.) (citing *Agilent Technologies, Inc. v. Kirkland*, 2010 WL 61075, at
*34 (Del. Ch.)("I will assume that if each side's expenditures are reasonably similar...the fees
and costs were reasonably incurred.")).

This ruling is clear. HP can attempt to demonstrate that PICA's fee request is not appropriate by providing its own fees for comparison. In other words, if HP's counsel submits an affidavit stating that 75% of HP's total attorneys' fees is less than $1,028,130.38, the Court will require both parties to provide a full accounting of fees to determine reasonableness.

The same procedure applies to PICA's calculation of the fees awarded under the Rule 37(b) sanctions. However, PICA is directed to review its fee calculations to ensure that PICA is not recovering the same fees twice, as HP claims. The Court declines to require PICA to break down the Rule 37(b) fees by category.

Finally, the Court awarded 75% of PICA's total attorneys' fees. This includes the post-trial proceedings.

HP shall file any objections to the Proposed Final Order and Judgment by no later than April 14, 2015. Post judgment interest will run as of the date the Court enters the Final Order and Judgment.

SO ORDERED.


/s/ *Mary M. Johnston*
Mary M. Johnston


MMJ/tjm
oc:     Prothonotary